IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 13-58 |
| ) | |
| v. ) | |
| ) | |
| BRANDON THOMPSON ) | |
|     a/k/a B-Rock ) | |
|     a/k/a Rock ) | |
|     a/k/a Rizzle ) | [UNDER SEAL] |
|     a/k/a Rizzie ) | |
| ANTONIO HARDIN ) | |
|     a/k/a Rollo ) | |
|     a/k/a Cacoodles ) | |
|     a/k/a Big Head ) | |
|     a/k/a Tone ) | |
| JAMES WALKER ) | |
|     a/k/a Dub ) | |
|     a/k/a J-Dub ) | |
|     a/k/a Unc ) | |
| JOSEPH THOMPSON, II ) | |
|     a/k/a Jelly Roll ) | |
|     a/k/a Zaza ) | |
|     a/k/a Joe Rock ) | |
| RICHARD WOOD ) | |
|     a/k/a Bussy ) | |
| GREGORY HARRIS, JR. ) | |
|     a/k/a G ) | |
| LUTHER HARPER ) | |
|     a/k/a Manny ) | |
|     a/k/a Hizzy ) | |
| EDWARD COOK ) | |
|     a/k/a Dro ) | |
|     a/k/a E-Cook ) | |

<u>MOTION FOR ARREST WARRANTS</u>

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Eric S. Rosen, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court

to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants BRANDON THOMPSON, a/k/a B-Rock, a/k/a Rock, a/k/a Rizzle, a/k/a Rizzie, JAMES WALKER a/k/a Dub, a/k/a J-Dub, a/k/a Unc, JOSEPH THOMPSON, II a/k/a Jelly Roll, a/k/a Zaza, a/k/a Joe Rock, RICHARD WOOD a/k/a Bussy, GREGORY HARRIS, JR., a/k/a G, LUTHER HARPER a/k/a Manny, a/k/a Hizzy and EDWARD COOK a/k/a Dro, a/k/a E-Cook, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with conspiracy to distribute and possess with intent to distribute one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 846 (Count 1 - Thompson (Brandon), Walker, Thompson, II (Joseph), Wood, Harris, Harper); possession in furtherance of, use, and discharge of a firearm during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii) (Count 2 - Thompson (Brandon) and Cook); possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (Count 6 - Wood); and possession with intent to distribute and distribution of a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (Count 7 - Walker).

Recommended bond:    Detention.

                                              Respectfully submitted,

                                              DAVID J. HICKTON
                                              United States Attorney

By:    _____
          ERIC S. ROSEN
          Assistant U.S. Attorney
          NY ID No. 4412326