IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| BRANDON THOMPSON | ) | |
|     a/k/a B-Rock | ) | |
|     a/k/a Rock | ) | |
|     a/k/a Rizzle | ) | [UNDER SEAL] |
|     a/k/a Rizzie | ) | |
| ANTONIO HARDIN | ) | |
|     a/k/a Rollo | ) | |
|     a/k/a Cacoodles | ) | |
|     a/k/a Big Head | ) | |
|     a/k/a Tone | ) | |
| JAMES WALKER | ) | |
|     a/k/a Dub | ) | |
|     a/k/a J-Dub | ) | |
|     a/k/a Unc | ) | |
| JOSEPH THOMPSON, II | ) | |
|     a/k/a Jelly Roll | ) | |
|     a/k/a Zaza | ) | |
|     a/k/a Joe Rock | ) | |
| RICHARD WOOD | ) | |
|     a/k/a Bussy | ) | |
| GREGORY HARRIS, JR. | ) | |
|     a/k/a G | ) | |
| LUTHER HARPER | ) | |
|     a/k/a Manny | ) | |
|     a/k/a Hizzy | ) | |
| EDWARD COOK | ) | |
|     a/k/a Dro | ) | |
|     a/k/a E-Cook | ) | |

<u>O R D E R</u>

AND NOW, to wit, this __6th__ day of March, 2013, upon consideration of the Motion for Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Arrest Warrants shall issue for the apprehension of defendants BRANDON THOMPSON, a/k/a B-Rock,

a/k/a Rock, a/k/a Rizzle, a/k/a Rizzie, JAMES WALKER a/k/a Dub, a/k/a J-Dub, a/k/a Unc, JOSEPH THOMPSON,II a/k/a Jelly Roll, a/k/a Zaza, a/k/a Joe Rock, RICHARD WOOD a/k/a Bussy, GREGORY HARRIS, JR., a/k/a G, LUTHER HARPER a/k/a Manny, a/k/a Hizzy and EDWARD COOK a/k/a Dro, a/k/a E-Cook.

Bond shall be set by the United States Magistrate Judge.

/s/ Maureen P. Kelly
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney